IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                      )
                                       )   2:10-cv-01728-GEB-JFM
          Plaintiff,                   )
                                       )
     v.                                )   ORDER RE: SETTLEMENT AND
                                       )   DISPOSITION
Zaheda Shaikh, Individually and        )
d/b/a Matterhorn Motel; Mukatar        )
Shaikh, Individually and d/b/a         )
Matterhorn Motel,                      )
                                       )
          Defendants.                  )
_____        )

         Plaintiff filed a "Notice of Settlement" on November 13, 2010, in which he states, "the parties have settled this action. Dispositional documents will be filed within (30) calendar days."(ECF No. 8.)

         Therefore, a dispositional document shall be filed no later than December 13, 2010.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

         The Status Conference scheduled for November 22, 2010, is continued to commence at 9:00 a.m. on January 18, 2011, in the event no dispositional document is filed, or if this action is not otherwise

1

1  dismissed.[1]  Further, a joint status report shall be filed fourteen (14)
2  days prior to the status conference.
3        IT IS SO ORDERED.
4  Dated:  November 16, 2010
5
6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).