IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Zaheda Shaikh, Individually and d/b/a Matterhorn Motel; Mukatar Shaikh, Individually and d/b/a Matterhorn Motel,<br><br>        Defendants.<br>_____ | 2:10-cv-01728-GEB-JFM<br><br><br>ORDER OF DISMISSAL |

      Plaintiff filed a Notice of Settlement on November 13, 2010 in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 8.) Therefore, an "Order Re Settlement and Disposition" was filed on November 16, 2010, which directed the parties to file a dispositional document no later than December 13, 2010. (ECF No. 10.) The November 16, 2010 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

      Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

      IT IS SO ORDERED.

Dated: January 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1